The People of the State of New York, Respondent, v Thomas Washington, Appellant. [919 NYS2d 457]—

Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.